USCA1 Opinion

 

 July 21, 1995 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 95-1625 UNITED STATES, Appellee, v. REX W. CUNNINGHAM, JR., Defendant, Appellant. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. Frank H. Freedman, Senior U.S. District Judge] __________________________ ____________________ Before Selya, Cyr and Boudin, Circuit Judges. ______________ ____________________ Barbara J. Sweeney and Jack F. St. Clair on brief for appellant. __________________ _________________ Donald K. Stern, United States Attorney, and Todd E. Newhouse, ________________ _________________ Assistant United States Attorney, for appellee. ____________________ ____________________ Per Curiam. This is an appeal from a pre-trial ___________ detention order. We have independently reviewed the facts and the record, while giving deference to the findings of the magistrate judge and district court. See United States v. ___ ______________ O'Brien, 895 F.2d 810, 814 (1st Cir. 1990). For essentially _______ the reasons stated in the magistrate judge's Memorandum and Order, dated May 10, 1995, we affirm the detention order. Affirmed. ________